**STATE of Missouri, Respondent,**

v.

**James W. MYERS II, Appellant.**

**No. WD 45705.**

Missouri Court of Appeals,
Western District.

Dec. 1, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 22, 1992.

Application to Transfer Denied
March 23, 1993.

Keith R. Ludwig, Asst. Public Defender, Chillicothe, for appellant.

Randall D. Thompson, Pros. Atty., Harrison County, Bethany, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

ORDER

PER CURIAM:

Appeal from convictions and fines for possession of marijuana in violation of § 195.202, RSMo Supp.1990, and possession of drug paraphernalia in violation of § 195.-233, RSMo Supp.1990.

Affirmed. Rule 84.16(b).